DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOVA AUTO SHOP, LLC,**
Appellant,

v.

**CHARLES J & JEANETTE BONFIGLIO FAMILY LIMITED PARTNERSHIP II,**
Appellee.

No. 4D2023-0818

[August 29, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel J. Kanner, Judge; L.T. Case No. COCE20-030638.

Matthew Carcano of Saltiel Law Group, Coral Gables, for appellant.

Scott M. Behren of Behren Law Firm, Weston, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***